No. 10–9926.  MACIAS v. DONAT, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–9928.  KING v. TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 10–9929.  JOHNSON v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 10–9933.  YOUNG v. LARKINS, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 10–9940.  GRAGG v. PROSPER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–9943.  WAHL v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 10–9945.  NORWOOD v. SULLIVAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–9953.  BROWN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–9954.  SAVAGE v. BONAVITACOLA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–9958.  MEDINA, AKA ALVERIO v. RAEMISCH ET AL.  Ct. App. Wis.  Certiorari denied.

No. 10–9962.  McGRUDER v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 10–9963.  McMILLIAN v. BERGHUIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–9966.  PRICE v. SOUTH CAROLINA.  Ct. Common Pleas of Richland County, S. C.  Certiorari denied.

No. 10–9967.  JACKSON v. CHAIRMAN AND MEMBERS OF THE MISSOURI BOARD OF PROBATION AND PAROLE ET AL.  C. A. 8th Cir.  Certiorari denied.